MIDLANTIC NATIONAL BANK v. STATE OF NEW JERSEY,
DEPARTMENT OF ENVIRONMENTAL PROTECTION.

September 2, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM R. JENKINS.

September 2, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. CLARENCE HOLMES.

September 2, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD LEE DAVIS.

September 2, 1980.

Petition for certification denied. (See 175 *N.J.Super.* 130)

STATE OF NEW JERSEY v. RANDY P. CARLTON.

September 2, 1980.

Petition for certification denied.